UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>vs.<br><br>Raul Tenorio-Nabor<br><br>            Defendant(s) | CRIMINAL NO. 08CR0630-WQH<br>                         08MJ0502<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,  **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court)

Mat. Wit: Lidia Vargas-Ortega

DATED: 03/06/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andrew Rampl_                                       OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        Deputy Clerk